CJRA_B, CLOSED

# U.S. District Court
## Southern District of Illinois (East St. Louis)
## CIVIL DOCKET FOR CASE #: 3:07-cv-00285-MJR-DGW
### Internal Use Only

Copeland v. G. D. Searle, LLC, et al
Assigned to: Judge Michael J. Reagan
Referred to: Mag/Judge Donald G. Wilkerson
Case in other court: Madison County State Court, 07-L-309
Cause: 28:1332 Diversity-Personal Injury

Date Filed: 04/17/2007
Date Terminated: 06/04/2007
Jury Demand: Defendant
Nature of Suit: 365 Personal Inj. Prod. Liability
Jurisdiction: Diversity

**Plaintiff**

**Carol Copeland**     represented by **Robert D. Rowland**
Goldenberg, Heller, et al.
Generally Admitted
2227 South State Route 157
P.O. Box 959
Edwardsville, IL 62025
618-656-5150
Email: rrowland@ghalaw.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**G. D. Searle, LLC**     represented by **Robert H. Shultz, Jr.**
Heyl, Royster et al. - Edwardsville
Generally Admitted
103 West Vandalia Street
P.O. Box 467
Edwardsville, IL 62025
618-656-4646
Email: rshultz@hrva.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Defendant**

**Pharmacia Corporation**     represented by **Robert H. Shultz, Jr.**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

CERTIFIED TRUE COPY
Norbert G. Jaworski, Clerk
BY: [signature] Deputy Clerk
DATE: 6-4-07

CM/ECF - U.S. District Court:ilsd - Docket Report    https://ecf.ilsd.circ7.dcn/cgi-bin/DktRpt.pl?106270254748379-L_353_0-1
Case 3:07-cv-03023-CRB    Document 1-5    Filed 06/12/2007    Page 2 of 4

**Defendant**

Monsanto Company                    represented by **Robert H. Shultz, Jr.**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

**Defendant**

Pfizer, Inc.                        represented by **Robert H. Shultz, Jr.**
                                                   (See above for address)
                                                   *LEAD ATTORNEY*
                                                   *ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 04/17/2007 | 1 | Case Opened. Filing fee paid $ 350.00, Receipt Number 300 118187. Documents may now be electronically filed. Case number 07-285-MJR must be placed on all documents prior to filing them electronically. (Attachments: # 1 Notice of Consent to Mag Judge)(myz ) (Entered: 04/17/2007) |
| 04/18/2007 | 2 | NOTICE OF REMOVAL by Pfizer, Inc., G. D. Searle, LLC, Pharmacia Corporation from Madison County, Illinois, case number 07-L-309. ( Filing fee $ 350) (Attachments: # 1 Exhibit A# 2 Civil Cover Sheet)(Shultz, Robert) (Entered: 04/18/2007) |
| 04/18/2007 | 3 | ANSWER to Complaint with Jury Demand by Pfizer, Inc., G. D. Searle, LLC, Pharmacia Corporation.(Shultz, Robert) (Entered: 04/18/2007) |
| 04/24/2007 | 4 | CJRA TRACK B assigned: Final Pretrial Conference set for 7/11/2008, 11:00 AM in East St. Louis Court House before Judge Michael J. Reagan. Jury Trial set for 7/28/2008, 09:00 AM in East St. Louis Court House before Judge Michael J. Reagan.Assigned by Judge Michael J. Reagan on 4/24/07. (acm) (Entered: 04/24/2007) |
| 04/26/2007 | 5 | MOTION to Stay *or Deferral of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding* by Pfizer, Inc., G. D. Searle, LLC, Pharmacia Corporation. (Attachments: # 1 Exhibit A# 2 Exhibit B# 3 Exhibit C)(Shultz, Robert) (Entered: 04/26/2007) |
| 05/01/2007 | | (Court only) ***Motions No Longer Referred: 5 MOTION to Stay *or Deferral of All Proceedings Pending Transfer to Multidistrict Litigation Proceeding* (brk) (Entered: 05/01/2007) |
| 05/08/2007 | 6 | NOTICE TO COUNSEL: Telephonic Scheduling/Discovery Conference set for 7/10/2007 01:30 PM before Mag/Judge Donald G. Wilkerson. (rmb) (Entered: 05/08/2007) |
| 05/14/2007 | | *SEALED* (Court only) ***Staff notes: Per 5/3/07 correspondence to MJR from Judicial Panel on MultiDistrict Litigation, a Conditional Transfer Order |

| | | |
|---|---|---|
| | | has been entered in this case (stayed 15 days for filing of notices opposing transfer) as part of Bextra & Celebrex Marketing/Sales/Products Litigation -- MDL Docket No. 1699. (soh ) (Entered: 05/14/2007) |
| 05/22/2007 | 7 | Corporate Disclosure Statement by Pfizer, Inc., G. D. Searle, LLC, Pharmacia Corporation. (Shultz, Robert) (Entered: 05/22/2007) |
| 05/25/2007 | 8 | PRELIMINARY TRANSFER ORDER (CTO-65) (Attachment: # 1 Cover Letter)(dmw) (Entered: 05/25/2007) |
| 06/04/2007 | 9 | CONDITIONAL TRANSFER ORDER (CTO-65) TRANSFERRING CASE TO OTHER DISTRICT: Case transferred to Northern District of California, in re MDL 1699 Bextra and Celebrex Marketing Sales Practices and Products Liability Litigation (trb ) (Entered: 06/04/2007) |